Entered on Docket
September 29, 2009

_____

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Navy Federal Credit Union
08-74305 / 8014253945

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 08-14121-lbr |
| Michael R. Hafen | Motion no.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

1

### ORDER VACATING AUTOMATIC STAY

2      Pursuant to the Declaration re Breach of Condition filed on August 27, 2009 and Debtors failure

3  to cure the default prior to its expiration, and good cause appearing.

4      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

5  above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to

6  Secured Creditor, Navy Federal Credit Union its assignees and/or successors in interest, and Secured

7  Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally

8  described as 2887 Sunlit Glade Ave. , Henderson NV and legally described as follows:

9      Lot Twenty Three (23) in Block Three (3) of CHAPARRAL AT SOUTHFORK UNIT THREE,
10 as shown by Map thereof on file in Book 72, of Plats, page 38, in the office of the County Recorder of
   Clark County, Nevada.

11

12 pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete

13 possession of the subject property.

14     **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

15 **give Debtors at least five business days' notice of the time, place and date of sale.**

16

17     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

18 withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee

19 of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its

20 secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the

21 foreclosure sale.

       DATED this _____ day of _____, 2009.

22

23 Submitted by:
   Wilde & Associates

24

25     /s/ Gregory L. Wilde
   By_____

26     **GREGORY L. WILDE, ESQ.**
   Attorney for Secured Creditor

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26